Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
1509 Seabright Avenue, Ste. C1
Santa Cruz, CA 95062
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
balam@letonalaw.com

Attorney for Plaintiff:
Robert V. Ross and Laurie Platero-Ross

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT V. ROSS AND LAURIE PLATERO-ROSS, | Case No. 17-cv-06699-EJD |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| BANK OF AMERICA N.A., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC., CREDIT PLUS, INC., and DOES 1-10. | |
| Defendants. | |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

Please take notice that the Plaintiffs and the remaining Defendants, Bank of America, N.A., and Equifax Information Services, LLC., have reached a resolution. Plaintiffs request the Court allow the parties up to and including August 2, 2018, to finalize the settlement. Upon that time the Plaintiffs will have filed the required dismissals or notify the Court why a dismissal has not been filed.

Respectfully submitted,

Date: July 5, 2018    */s/ Balam O. Letona*
                     Balam O. Letona, Esq.
                     Attorney for Plaintiffs

1

**NOTICE OF SETTLEMENT**