Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
1509 Seabright Avenue, Ste. C1
Santa Cruz, CA 95062
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
balam@letonalaw.com

Attorney for Plaintiff:
Robert V. Ross and Laurie Platero-Ross

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT V. ROSS AND LAURIE PLATERO-ROSS,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC., CREDIT PLUS, INC., and DOES 1-10.<br><br>Defendants. | **Case No. 17-cv-06699-EJD**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

Plaintiffs Robert V. Ross and Laurie Platero-Ross ("Plaintiffs"), by counsel, and Defendant Equifax Information Services LLC., ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Equifax Information Services LLC., only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**SO STIPULATED**

Date: August 13, 2018                                    **Law Office of Balam O. Letona, Inc.**

                                                                          */s/ Balam Letona*
                                                                          _____
                                                                          Balam O. Letona, Esq.

1

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC.**

1  
2  Attorney for Plaintiff

3  Date: August 13, 2018            **KING & SPAULDING LLP**
4  
5  */s/ Charles Campbell*
6  
   Charles Campbell, *Pro Hac Vice*
   Attorneys for Defendant
7  Equifax Information Services LLC

2

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Equifax Information Services LLC., is dismissed with prejudice. Plaintiffs Robert V. Ross and Laurie Platero-Ross and Defendant Equifax Information Services LLC., shall each bear their own costs and attorneys' fees. All hearings and other deadlines are VACATED. The Clerk shall close this file.

DATED: August 14, 2018

Hon. Edward J. Davila
United States District Judge

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC.**